In the United States District Court for
The District of Maryland

| | | |
|---|---|---|
| United States | : | |
| | : | |
| | : | |
| v. | : | Criminal No. LKG-22-023 |
| | : | |
| Travis Osita Nnamani | : | |
| | : | |
| Defendant | : | |

## Motion to Seal

Travis Nnamani, by counsel, moves to seal the sentencing memorandum and attached exhibits filed on his behalf. The sentencing memorandum and exhibits address Mr. Nnamani's sensitive and personal health issues, as well as confidential health information regarding his family. Disclosure of the sentencing memorandum and exhibits would compromise his privacy and the privacy of others. The sensitive information that should be protected from public disclosure is interwoven throughout the filing and cannot be meaningfully redacted.

For these reasons, Mr. Nnamani requests that the sentencing memorandum and attached exhibits be placed under seal. A proposed order is attached.

Respectfully submitted,

James Wyda
Federal Public Defender

_____/s/_____

Ellie C. Marranzini, #817525
Sean McKee, MD#0912160236
Assistant Federal Public Defenders
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
Email: ellie_marranzini@fd.org
       sean_mckee@fd.org