IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. LKG-22-023 |
| ALEXUS PAIGE TYSON | * | |
| | * | |
| Defendant. | * | |

## SUPPLEMENT TO THE DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant Alexus Paige Tyson, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Supplement to the Defendant's Memorandum in Aid of Sentencing. On April 18, 2024, Ms. Tyson filed her Sentencing Memorandum in this case. (ECF No. 115.) On May 1, 2024, the undersigned counsel received several letters of support from Ms. Tyson's family members and friends. Those letters are attached to this submission as Exhibit A.[1] The undersigned counsel apologize to the Court for the untimeliness of this submission. Ms. Tyson respectfully requests that this Court consider the sentiments of those who know her best in imposing a sentence in this case.

---

[1] The undersigned counsel have redacted from this public filing the mailing addresses, email addresses, and telephone numbers of the individuals who have submitted letters to the Court.

1

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2024, a copy of the foregoing was sent

to the United States Attorney's Office for the District of Maryland, via ECF.

/s/

_____

Michael E. Lawlor