IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 22-cr-00023-LKG-2 |
| ALEXUS PAIGE TYSON, | ) Dated: June 21, 2024 |
| Defendant. | ) |

## ORDER

On May 6, 2024, the Court entered judgment as to Defendant Alexus Paige Tyson's sentence in this matter, which requires Ms. Tyson to surrender to the U.S. Marshals Service to serve her term of incarceration by 2:00pm on July 1, 2024. ECF No. 119. On June 18, 2024, Defendant Alexus Paige Tyson filed a consent motion to postpone her surrender and incarceration, requesting that the Court amend the judgment to require her to surrender to the U.S. Marshals Service by July 31, 2024, so that Ms. Tyson may schedule and complete recommended follow up appointments related to her recent health issues. ECF No. 134. The Government consents to the motion and requested relief. *Id.* During the Defendant's sentencing hearing, the Court and the parties discussed that the voluntary surrender date must fall on a Monday, because the U.S. Marshals Service processes voluntary surrenders on Mondays. ECF No. 129 at 58:5-16.

In light of the foregoing, and for good cause shown, the Court **GRANTS** the consent motion to postpone surrender and incarceration (ECF No. 134).

The Court's May 6, 2024, Judgment is hereby **AMENDED** to require Defendant Alexus Paige Tyson to surrender to the U.S. Marshals Service **by 2:00pm on Monday, July 29, 2024.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge